# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Laquan Andre Thomas, | ) | Case No. 1:16-cr-136 |
| | ) | |
| Defendant. | ) | |

On October 17, 2016, the court conditionally released defendant pending trial. Defendant has since executed a plea agreement. A change of plea hearing has been scheduled for January 30, 2017, at 9:00 a.m. Bismarck before Chief Judge Hovland.

On January 11, 2017, defense counsel advised chambers that defendant wants to return to custody. Accordingly, defendant shall self surrender to the Burleigh County Detention Center by 1:00 p.m. on January 17, 2017. Upon surrendering, defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a corrections facility. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 11th day of January, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court